IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 04-012 (SRC) |
| JOHN VAN SICKELL | : | DISMISSAL ORDER |

This matter having been opened to the Court on the motion of defendant's counsel, Assistant Federal Public Defender Stacy A. Biancamano; and defendant's counsel having submitted an affidavit and death certificate indicating that the defendant passed away on May 27, 2008, after his plea of guilty, but before his sentencing; and the United States Attorney for the District of New Jersey (John M. Fietkiewicz, Senior Litigation Counsel, appearing) having no reason to dispute the facts set forth in the affidavit and death certificate, and for good cause shown,

It is, on this 22nd day of October, 2008,

ORDERED that this matter be and hereby is dismissed on the grounds that the defendant John Van Sickell has passed away.

Honorable Stanley R. Chesler
U.S. District Judge